AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| STATE OF CALIFORNIA<br>*Plaintiff(s)*<br>v.<br>UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; BRADFORD WILSON, in his official capacity as Archivist of the United States<br>*Defendant(s)* | ) | Civil Action No. 5:26-cv-11868-NW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United States National Archives and Records Administration
Office of the General Counsel
8601 Adelphi Road, Room 3110
College Park, MD 20740-6001

(See Attachment 1 for Additional Defendant and Service Recipients)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carolyn Downs
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date: 10/16/2026

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; BRADFORD WILSON,** in his official capacity as Archivist of the United States,<br><br>Defendants. | Case No. **3:26-cv-11868 NW**<br><br>**ATTACHMENT 1 TO SUMMONS IN A CIVIL ACTION** |

## ADDITIONAL DEFENDANT AND SERVICE RECIPIENTS

**Defendant**:

**Bradford Wilson, in his official capacity as Archivist of the United States**
National Archives and Records Administration
8601 Adelphi Road, Room 3110
College Park, MD 20740-6001

**Additional Service Recipients Pursuant to Federal Rule of Civil Procedure 4(i)**:

**Attorney General of the United States**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**United States Attorney for the Northern District of California**
Civil Process Clerk
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102-3489