**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**State of California,**

Plaintiff

v.

**United States National Archives and Records Administration;**

**Bradford Wilson,** in his official capacity as Archivist of the United States,

Defendants.

NOTICE OF ADMINISTRATIVE MOTION AND ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED (Civil Local Rule 3 -12)

Case No: 3:26-cv-11868

The Honorable Judge Noel Wise

This document relates to:

CALIFORNIA INDIAN LEGAL SERVICES
Plaintiff,

vs.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION and NATIONAL ARCHIVIST BRADFORD WILSON, IN HIS OFFICIAL CAPACITY

Defendants.

3:26-cv-12310-EJD

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that a related case, *California Indian Legal Services v. United States National Archives and Records Administration and Bradford Wilson in his official capacity as Archivist of the United States,* Case No. 3:26-cv-12310, was filed on October 21, 2026, in the United States District Court for the Northern District of California.

Pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California, Plaintiff California Indian Legal Services, ("Plaintiff") submits this Administrative Motion to Consider Whether Cases Should be Related.

## **<u>I. Related Case</u>**

Case 3:26-cv-12310 *California Indian Legal Services v. United States National Archives and Records Administration and Bradford Wilson in his official capacity as Archivist of the Unties States,* is related to *State of California v. United States National Archives and Records Administration and Bradford Wilson in his official capacity as Archivist of the United States,* Case No. 3:26-cv-11868.

These cases are related because they involve the identical Defendants, National Archives and Records Administration, and Bradford Wilson in his official capacity as Archivist of the United States. They also involve the same archive facility in San Bruno, California.

The cases also seek the same relief, that is, prevention of the San Bruno, California National Archives and Records facility closure and transfer of its archival records to other out-

of-state facilities. These claims and relief sought are based upon the same facts and substantially the same legal theories.

Relating this case, consistent with local rules, will save judicial time and effort and avoid the possibility of conflicting orders.

10/23/26

Date

Jay B. Peterson

Jay B. Petersen

Attorney of Record

California Indian Legal Services