ROB BONTA
Attorney General of California
LARA HADDAD
R. MATTHEW WISE
Supervising Deputy Attorneys General
NANDING CHEN (SBN 348808)
JOE MEEKER (SBN 335725)
S. CLINTON WOODS (SBN 246054)
CAROLYN DOWNS (SBN 353455)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6720
Fax: (916) 731-2124
E-mail: Carolyn.Downs@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; BRADFORD WILSON,** in his official capacity as Archivist of the United States,<br><br>Defendants. | Case No. 5:26-cv-11868-NW<br><br>**DECLARATION OF KRISTEN HAYASHI IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Kristen Hayashi, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am presently the Curator of History and Director of Collections at the Japanese American National Museum (JANM or the "Museum") located in Los Angeles, California. At JANM, we tell U.S. history through the experience of Japanese Americans, from early

immigration through until the present. I hold a PhD in History from the University of California, Riverside. My dissertation focused on the return and resettlement of Japanese Americans to Los Angeles in the early postwar period.

3. The National Archives and Records Administration (NARA or "National Archives") holds many records and materials that are relevant to our work, including early immigration and naturalization records, transcripts of interrogations by immigration officials at Angel Island, and records from Japanese internment during World War II, including Alien files and other records kept by the Department of Justice, which oversaw wartime internment camps.

4. Our collection at JANM is the largest collection of Japanese-American artifacts, archives, and artworks in the world, but we depend on the National Archives to complement our holdings. If we receive an artifact related to a Japanese immigrant and wanted to present it in context—with a richer portrait of the artifact's history—we may look to the National Archives to see if we could learn more about the person it belonged to. The National Archives contain millions of records, and many (if not most) of their records are not digitized. If we need a document that has not been digitized, we usually must visit the branch where the records are held. Occasionally, NARA archivists have been able to mail us paper copies of our records, but that is not always practicable.

5. JANM draws records from a number of facilities operated by the National Archives. However, the San Bruno National Archives ("San Bruno Archives") contain unique materials relevant to JANM's work and mission, especially early immigration documents, transcripts of interviews with immigrants held at the Angel Island immigration facility, and naturalization documents. For example, the Museum recently received a haori—a type of traditional Japanese coat worn over a kimono—that an immigrant woman wore while she was being processed at Angel Island in the early 20th century. Although we haven't had a chance to do so yet, the Museum plans to contact the San Bruno Archives to see whether the facility has any of her immigration records to add more historical context for this unique artifact.

6. We make frequent visits to various NARA facilities, but having to travel out-of-state does make it more difficult to access records. For example, certain relevant military records

are held at NARA branches in Missouri and Maryland. Visiting these facilities incurs costs to the Museum and requires increased travel time. It is much more convenient if the records we need are at a branch within the State of California, such as the facilities in San Bruno and Perris.

7. We heavily rely on the expertise of the archivists employed by the National Archives branches to assist us in our work. Many of the archivists who work for NARA are incredibly knowledgeable as a result of having worked at a branch for decades. They know their record groups inside and out. There usually isn't a lot of written documentation to provide futher insight into the record groups at each facility. Occasionally there might be a general finding aid for a record group, but we depend on the nuanced knowledge of the NARA archivists to more efficiently determine which records might be of interest. Therefore, we really depend on the archivists to answer research questions and help direct us to the specific records that we're looking for.

8. I am greatly concerned about the effect that closing the San Bruno Archives would have on JANM's work and on the communities in California that rely on the San Bruno Archives more generally. If the records are relocated to a new facility, we risk losing the institutional knowledge held by the archivists at the San Bruno Archives. This will likely make finding relevant records more difficult and time-consuming. Further, because most of NARA's records are not digitized, it can be difficult to figure out where certain records are located across NARA's facilities. If the records inside the San Bruno Archives are relocated without a careful and concerted effort to keep track of where the records are going, there is a chance that they could become effectively inaccessible at their new facility. Overall, there has been a real lack of transparency from NARA regarding how records will be transported and protected as well as made accessible in perpetuity.

9. It is extremely important to have records held in a location that is accessible to the communities that the records pertain to. Japanese Americans have long been underrepresented in our shared national narrative. Yet, documentation of this ethnic community and its long history in the US is present within NARA through records that the federal government kept. It's powerful to be able to pour over the original historical records that capture individual experiences. I have

personally experienced this; last year, I learned through reviewing records at the NARA branch in College Park, Maryland that my great-grandfather had been detained as part of an emergency apprehension following Pearl Harbor. I was able to directly view the documents in his Enemy Alien file. The experience was powerful and allowed me to draw conclusions of how my great-grandfather and my family were personally and profoundly impacted by his wartime incarceration as well as connections to ongoing issues with xenophobia and anti-immigrant sentiment. Records pertaining to my family happen to be spread across the NARA branches in downtown D.C. as well as College Park, Maryland, yet they could easily have been kept in NARA branches along the West Coast, where my family was residing. I've seen first-hand how many Californians have learned about how their own families were impacted by historical events that shaped this nation through research at the San Bruno NARA branch. The San Bruno Archives allows Japanese Americans, and other underrepresented groups with ties to California, to see their history firsthand. That ability would be completely lost if the San Bruno Archives were to close.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of October, 2026, in Los Angeles, California.