ROB BONTA
Attorney General of California
LARA HADDAD
R. MATTHEW WISE
Supervising Deputy Attorneys General
NANDING CHEN (SBN 348808)
JOE MEEKER (SBN 335725)
S. CLINTON WOODS (SBN 246054)
CAROLYN DOWNS (SBN 353455)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6720
Fax: (916) 731-2124
E-mail: Carolyn.Downs@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STATE OF CALIFORNIA,**

Plaintiff,

v.

**UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; BRADFORD WILSON,** in his official capacity as Archivist of the United States,

Defendants.

Case No. 5:26-cv-11868-NW

**DECLARATION OF HEATHER HOLM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Heather Holm, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I work for the California State Department of Parks and Recreation, formerly State Parks. My job title is Interpretation and Education Division Chief, and I have worked with the department for 20 years time. With 280 state park units, over 340 miles of coastline, 970 miles of

lake and river frontage, 15,000 campsites, 3,543 miles of non-motorized trails, more than 637 miles of motorized trails, 3,195 historic buildings and more than 11,000 known prehistoric and historic archaeological sites, the department contains the largest and most diverse recreational, natural and cultural heritage holdings of any state agency in the nation. Part of my job responsibilities include being involved in developing educational and cultural programs for State Parks visitors to enjoy.

3. The Division of Interpretation and Education, a division of the department, makes use of the San Bruno National Archives Facility (hereinafter "San Bruno Archives") regularly. We use the San Bruno Archives to access historical records that are crucial to developing education and cultural programs for our parks throughout Northern California. State Parks staff frequently visited the San Bruno Archives in developing programming and exhibits around Angel Island State Park (hereinafter "Angel Island"), and are constantly doing additional research at the San Bruno Archives to uncover new photographs, records, and other materials related to the U.S. Immigration Station and multiple military sites (Civil War-era to Cold War-era) on Angel Island to better convey stories to visitors of the diverse groups historically associated with each of these sites within the park. The San Bruno Archives specifically houses the Immigration and Naturalization Service San Francisco office's case files created at the Angel Island Immigration Station and the records of the Public Health Service's Angel Island Quarantine Station. If the Angel Island records are moved to another facility, State Parks will incur additional costs to perform this necessary research.

4. Staff are actively using the San Bruno Archives records for the Committee on Fair Employment Practices (FEPC) San Francisco Office to research the efforts during World War II to end racial discrimination in the military, specifically for African Americans, at Fort Ord Dunes State Park, as well as collect exhibit materials. A major project is underway at Ford Ord Dunes to build out park infrastructure including a visitor center and to design educational elements that encapsulate the story of Black soldiers historically stationed at the military site. Inability to access the San Bruno Archives for research and exhibit materials will delay the project resulting

in increased costs for construction and installation of exhibits. A delay could also result in the loss of committed funding if it extends beyond the funding liquidation date.

5. State Parks is slated to begin work on similar projects that will also require in-person visits to the San Bruno Archives. For example, State Parks is about to begin developing a Dust Bowl exhibit in Kern County. State Parks is not in possession of materials that would be necessary to develop any educational programming regarding the Dust Bowl and its affects on Californians, and would need to access the San Bruno Archives in person to do research and collect exhibit materials. If the materials in the San Bruno Archives are moved to a different state, the cost to the State to do that research would be prohibitive. Moreover, during the period of time when materials at the San Bruno Archives are not available because they are being moved, the project would have to be put on hold. The Dust Bowl exhibit will be in the first new state historic park to be established in over 20 years and will be the only state park in California to educate on this unique period of history. It has already garnered a large amount of attention and interest from scholars, descendants, local communities and the public. A delay in opening the historical exhibit would cost the State money in lost revenue from visitors to the park.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of October, 2026, in Sacramento, California.

Heather Holm