ROB BONTA
Attorney General of California
LARA HADDAD
R. MATTHEW WISE
Supervising Deputy Attorney General
NANDING CHEN (SBN 348808)
JOE MEEKER (SBN 336725)
S. CLINTON WOODS (SBN 246054)
CAROLYN DOWNS (SBN 353455)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6720
Fax: (916) 731-2124
E-mail: Carolyn.Downs@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; BRADFORD WILSON,** in his official capacity as Archivist of the United States,<br><br>Defendants. | Case No. 5:26-cv-11868-NW<br><br>**DECLARATION OF SATSUKI INA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Satsuki Ina, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am a Professor Emeritus at California State University, Sacramento. I received my Ph.D. in Psychology from Oregon State University and have worked as a psychotherapist specializing in community trauma. I am the author of a book called *The Poet and the Silk Girl*

about my parents' life while they were held in American prison camps during World War II, and I have produced two documentaries about the incarceration of Japanese Americans, Children of the Camps and From a Silk Cocoon. I am also a co-founder of Tsuru for Solidarity, a not-for-profit, intergenerational organization comprising Japanese American survivors of World War II American prison camps. By educating the public about the U.S. history of prison camps, Tsuru for Solidarity advocates for justice for all and supports communities targeted by racism and state violence.

3. My family's story during World Word II reflects the turbulent history of Japanese Americans in the early 20th century. I was born during World War II in the Tule Lake Segregation Center, a maximum-security prison for Japanese Americans removed from the West Coast. When I was one, my father was taken away from my mother, my brother, and me in Tule Lake and sent to the Department of Justice Internment Camp in Bismarck, North Dakota after he protested his unconstitutional incarceration and was subsequently charged with sedition. After our family was finally reunited in the Crystal City Family Internment Camp in Texas, the federal government tried to deport us despite our U.S. citizenship. We were never tried in court, but thanks to the legal advocacy of the ACLU attorney Wayne Collins, we were released after four and half years of prison life and were able to stay. I know many families that were not so lucky.

4. I first became interested in my family's story after discovering letters exchanged between my parents when they were held in separate internment camps. That discovery led me to a life-long journey to uncover and understand the historical trauma that began before I was born and affected generations of Japanese Americans.

5. That journey would not have been possible without materials in the San Bruno National Archives. The San Bruno Archives house a large quantity of immigration records for Asian Americans and documents concerning the prison and internment camps. Those records provide invaluable information on my family's history starting with my grandparents. I wanted to better understand their experience as the starting point of our family history, but I wasn't sure where to begin until I discovered—in the San Bruno Archives—ship manifests showing their

arrival in the United States in the 1800s. Those records set me on a path to understanding my family's past.

6. I made extensive use of the San Bruno Archives to piece together the story of my parents when I was working on my book. The Archives contain documents relating to my parents' experience as Kibeis, or U.S.-born Japanese Americans who were sent back to Japan as kids before returning to the United States as young adults. And I went to the Archives at least half a dozen times to look for specific documents to verify my parents' accounts, in diary entries and letters, of their life in prison, their eventual release, and my father's deportation case. Records in the San Bruno Archives confirmed many details in their descriptions, from the location of the camps to the type of shoes they wore. The records also shed light on the prisoners' sufferings. For example, I found in San Bruno official reports on illness and food contamination that were never made public. To see official documents confirming the prisoners' experiences gave me a profound sense of validation.

7. A particularly emotional experience for me was seeing and holding the document that confirmed my own birth at the Tule Lake Segregation Center. The document identified me as an alien enemy when I was four months old, which came as a shock: Although I always knew that my parents were designated as alien enemies even though they were born in the United States, I did not expect the government to mark a baby born on American soil as such.

8. Those government records in San Bruno played a critical role in my journey of processing the historical and community trauma. It is hard to describe the feeling of seeing physical documents signed by government officials that confirm my family's lived experience and counter the public narrative that we were a threat to the country. Having access to those documents allowed me to heal through the writing of The Poet and the Silk Girl and allowed my community to reclaim ownership of its history. It also motivated me to found Tsuru for Solidarity to advocate against immigration detention and racism that take place today, which to me is reminiscent of the history of U.S. prison camps for immigrants during the war.

9. Closing the San Bruno Archives and moving the documents away from the San Francisco Bay Area, where I grew up and now live, would make it very difficult for me to

continue the research on my family. It has been an incredible blessing to have the Archives so easily accessible in San Bruno. I am 82 years old, partly disabled, and require a walker or a wheelchair to be mobile; it is not easy for me to travel to other cities to see the records if they are moved.

10. Moving the records away from communities most closely connected with them also does injustice to the communities' effort to process their history, much of which has been hidden and suppressed. Even assuming some records can be digitized, seeing scanned copies on a screen is no replacement for holding my family's documents in my hand. The authenticity and immediacy of that experience guided me to write my book, and I have witnessed the impacts it can have on students in local communities when they see and touch, for example, the physical removal order of their family members.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed this 8th day of October, 2026, in Albany, California.