ROB BONTA
Attorney General of California
LARA HADDAD
R. MATTHEW WISE
Supervising Deputy Attorneys General
NANDING CHEN (SBN 348808)
JOE MEEKER (SBN 335725)
S. CLINTON WOODS (SBN 246054)
CAROLYN DOWNS (SBN 353455)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6720
Fax: (916) 731-2124
E-mail: Carolyn.Downs@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; BRADFORD WILSON,** in his official capacity as Archivist of the United States,<br><br>Defendants. | Case No. 5:26-cv-11868-NW<br><br>**DECLARATION OF ASSOCIATE PROFESSOR CHRISSY LAU IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Chrissy Lau, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am an Associate Professor of Asian American Studies at San Francisco State University (SFSU), where I have taught since 2023. At SFSU, I teach classes including History of Asians in the United States, Asian Americans in California, a graduate seminar on Asian

American Immigration, and a graduate seminar on Critical Approaches to Asian American Studies. Prior to that, I was an Assistant Professor in the Department of Social and Behavioral Studies at California State University Monterey Bay, where I taught classes on subjects including U.S. women's history and Asian American history.

3. I am a historian, and in that role, one of my priorities is to visit archives—such as the San Bruno National Archives ("San Bruno Archives")—to find primary sources as part of my research.

4. My current research project examines Chinese undocumented immigrants during the period of Chinese exclusion, from 1890s to 1940s. As part of my research, I made several visits to the San Bruno Archives beginning in Spring 2026. I spent a week doing research there over our spring break; another week at the start of summer; another week at the end of summer; and another trip earlier this fall. Altogether, I have spent about three and a half weeks conducting research at the San Bruno Archives so far on this current research project alone.

5. My work focuses on undocumented immigration, so records that relate to that period are vital to my work. Angel Island in San Francisco was the primary facility where the U.S. Government detained and interrogated Chinese immigrants, and records related to the Angel Island facility are held at the San Bruno Archives. Most of my time at the San Bruno Archives has been spent reviewing records called Deportation Investigation Case Files (12020 files), which were prepared by immigration officials in the 1930s through the 1950s. The records in these files include interrogation transcripts, warrants for arrests, records of tips from informants, telegrams, mugshots, and information about where immigrants were detained, including state and county jail facilities. Through my work, I try to humanize and capture the perspective of undocumented immigrants, and these files allow me to see how undocumented immigrants interacted with immigration officials and the immigration system during that period. It also gives me insight into how the U.S. Government actually implemented and enforced its deportation policies.

6. The San Bruno Archives have approximately 58 boxes of Deportation Investigation Case Files. Each box could have anywhere from 10-50 files, so there are hundreds

of these files in total. None of those files are digitized, and they all must be viewed in-person at the San Bruno Archives.

7. When I started researching at the San Bruno Archives, only around 25 of the approximately 58 boxes of case files were screened and fully open. I was able to review the contents of those 25 available boxes over the course of my first few visits. On June 29th, when I tried to schedule an appointment to look through the remaining boxes in the last week of July and the first week of August, I was told that the other boxes were not yet publicly available, and that the archivists would need to screen the remaining files to ensure that they met privacy standards, among other things. I was also told that the process would take months. For example, the archivist explained that it took three months to screen the first 25 boxes. By the time of my most recent appointment on July 28th, the archivist I had been working with had only been able to go through three boxes.

8. If the San Bruno Archives were to close, it would be incredibly disruptive to my research and to the research of other historians. Most immediately, the closure would prevent me from completing my review of the case files that are crucial to my research. None of those records are digitized, and based on the time it took to screen just three boxes of records, I expect that even if they were to be digitized, it would not be for a long time. In addition, earlier this year, the San Bruno Archives let go many of their employees. Since then, it has been harder to schedule appointments and it has taken more time for them to make materials available. Given that lack of resources, I am concerned about the facility's ability to successfully transfer and/or digitize their materials in a timely fashion. In the meantime, I will be completely prevented from finishing my review of the case files.

9. If the records were transferred to a different National Archives facility, I would likely be unable to travel to the new facility to finish my research. My research budget is limited, and traveling to another facility out of state, such as the facility in Kansas City, would be prohibitively expensive. I don't think I would be able to do so unless I was able to apply for, and receive, external funding.

10. If the San Bruno Archives close and I am unable to finish my review of the case files, it would significantly harm my research project. I would need to rethink how I framed the project and it would be a significant gap in my research. In the book that I am working on as part of this project, I'll have to write about the limits of my research, and I would have to explain that I was prevented from reviewing hundreds of potentially relevant primary sources. I may even be required to change the direction of my project.

11. The archivists at the San Bruno Archives have been instrumental to my research, so instrumental that even if the files were digitized the quality of my research would be significantly diminished. In particular, the archivist I primarily worked with, Ruth Chan, was able to direct me to boxes based on my topics of interest based on her familiarity with the San Bruno Archives' records. Without assistance from Ruth, and her knowledge and expertise on the facility's records, finding some of the records I have looked at would have been much more difficult and time-consuming. I am also concerned that if the records are transferred to another facility, even if I could afford to travel there, the archivists will not be familiar with the materials. That will likely further delay the archivists' review of the remaining case files I hope to use in my research, and it would make it much more difficult to find new relevant materials.

12. The announced closure of the San Bruno Archives has already made finishing my research more difficult because in response to the announcement, it appears that many people have been scheduling appointments to try to view and/or photocopy relevant records before the facility closes. As a result, it has been very difficult to schedule additional appointments. When I started researching at the San Bruno Archives earlier this year, I was able to schedule an appointment within just two weeks. But when I went to book an appointment earlier this fall, the next available appointment wasn't for another month or so. The lack of appointments makes it even less likely that I will be able to finish my review of the documents before the San Bruno Archives close.

13. In addition to my work as a researcher, I also use the San Bruno Archives in my teaching. I teach at SFSU, which is just a few BART stops away from San Bruno. That makes it very easy to get to, and I know professors who have brought full classes of students to the San

Bruno Archives to teach them how to research. For me specifically, I've been able to incorporate the San Bruno Archives into my teaching two main ways.

14. First, I have used some of the records that I've found in my research as primary sources in the classroom. I've been able to create lesson plans based on some of the case files that I have reviewed, and I can use the records in class to help my students examine how immigrants navigated the immigration system in the 1930s and 40s. I want to continue to incorporate primary records from the case files in my teaching. If the San Bruno Archives close, I won't be able to finish reviewing the case files and I may miss out on documents and records that would enrich my classroom teaching.

15. Second, I have been able to use the San Bruno Archives to help mentor an undergraduate student on her independent research project. Her project was also focused on Chinese undocumented immigration. Earlier this year, I was able to bring her to the San Bruno Archives with me on one of my visits to look through the Deportation Investigation Case Files with me. In that visit, I was able to show her what it was like to perform research on primary sources in an archive setting. I get a lot of joy from that kind of experience, and that kind of hands-on research is valuable to students. We mentor a lot of undergrads and encourage them to think about research projects, and I was planning to bring future mentees to the San Bruno Archives when I could. If the San Bruno Archives close, I will be unable to do so, and my students will miss out on an important opportunity to further their education as historians.

16. The closure of the San Bruno Archives would also have a personal effect on me because many of my own family records are held there. I've very recently started trying to research my genealogy, and the San Bruno Archives contain Alien files (A-files) about my ancestors, including my great-grandfather and great-great grandfather, who migrated to the U.S. in the 1920s and 1900s. In my visits to the San Bruno Archives, I've seen families there researching their family trees and bringing their history to life; multiple generations pouring over the A-files together. It was so inspiring to see that kind of research and bonding happening, and I think the San Bruno Archives are an important resource to members of the local community,

including descendants of immigrants. It allows families to see their own histories and the history of their community, and that would be lost if the San Bruno Archives were to close.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of October, 2026, in Oakland, California.

Chrissy Lau