ROB BONTA
Attorney General of California
LARA HADDAD
R. MATTHEW WISE
Supervising Deputy Attorneys General
NANDING CHEN (SBN 348808)
JOE MEEKER (SBN 335725)
S. CLINTON WOODS (SBN 246054)
CAROLYN DOWNS (SBN 353455)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6720
Fax: (916) 731-2124
E-mail: Carolyn.Downs@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; BRADFORD WILSON,** in his official capacity as Archivist of the United States,<br><br>Defendants. | Case No. 5:26-cv-11868-NW<br><br>**DECLARATION OF EMILY DANIELL MAGRUDER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Emily Daniell Magruder, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the Director of Innovative Teaching and Future Faculty Development for the California State University (CSU) system. In that role, I support CSU's network of faculty development centers, connect CSU faculty with development opportunities to further their own

teaching and learning, and support our entire system of educators by promoting growth and collaboration across CSU's 22 universities. Before assuming this role, I was a on the faculty at CSU Dominguez Hills, where I taught humanities classes. Through my current work I have made connections with CSU faculty working across the entire state and in a wide range of academic areas.

3. I am aware that the National Archives and Records Administration (NARA or "National Archives") intends to close the National Archives at San Francisco, located in San Bruno, California (hereinafter "San Bruno facility").

4. After learning about the impending closure of the San Bruno facility, during the week of October 19, 2026, I reached out to History Department faculty and chairs at several CSU institutions to collect their insights about the potential effects of the closure on their work and on the mission of the CSU system as a whole. I contacted faculty at CSU East Bay, Sonoma State, San Jose State, CSU Monterey Bay, the Maritime Academy, and Stanislaus State, among others. I received many responses from faculty highlighting concerns about how the closure will impact them and their students across the entire CSU system.

5. Based on my conversations with CSU faculty, I have come to understand that the closure of the San Bruno facility would harm CSU faculty and students in several ways.

6. First, closing the San Bruno facility would deprive faculty from accessing the unique historical materials housed there. Faculty identified numerous collections housed at San Bruno that are important to their research and teaching, including records concerning immigration and the Chinese Exclusion Act, Native American history, Japanese American internment, federal prisons, and Pacific maritime history. Much of this material has not been digitized, making physical access essential.

7. Second, closing the San Bruno facility would disrupt several ongoing faculty research projects that rely on the records housed there. For example, a Stanislaus State history professor identified records concerning the Northern Paiute people, including tribal government records, council meeting minutes, and land use documents, that are essential to his current book project on Indigenous history in the western Great Basin. CSU East Bay faculty also identified

research involving federal records concerning Native American boarding schools that would be significantly affected by the loss of access. Closing the San Bruno facility would make it more difficult and costly for faculty to complete their ongoing research or even make completing their research impossible.

8. Third, the closure would have a severe negative impact on undergraduate and graduate students who have begun projects based on records in the San Bruno facility. Faculty at Stanislaus State explained that undergraduate and graduate students rely on archival collections for independent studies and culminating research projects. And faculty across the system expressed concern that the closure could force students to abandon or substantially revise research projects that are already underway. This could, in turn, prevent students from completing their degrees in a timely fashion and may even extend the time needed to graduate.

9. Fourth, closing the San Bruno facility would cause our students to lose out on the valuable educational experience of hands-on archival research. CSU East Bay faculty emphasized that visits to the archives are an important part of students' training as historians, allowing them to learn how to locate, evaluate, and interpret original historical documents. Closing the San Bruno facility would substantially diminish opportunities for students at CSU institutions in the Bay Area to develop these skills.

10. Notably, CSU recently awarded a Learning Innovation for Future-Forward Teaching (LIFT) grant to a pilot project based out of CSU Dominguez Hills that focuses on preparing students to become public historians. LIFT grants support innovative teaching practices with the goal of scaling up the program so that other schools and faculty can adopt those practices. As part of the project, students will work with local archives, museums, and history professionals to investigate the histories of South Los Angeles and the South Bay through archival research, among other activities. Although the project is based in Southern California, if successful, we would likely seek to replicate the program at other universities, including those in the Bay Area and in proximity to the San Bruno facility. Closing the San Bruno facility would take away a major resource for future iterations of the program.

11. The closure would have a disproportionate impact on CSU students in particular.

Faculty noted that many CSU students lack the financial resources or flexibility to travel long distances to conduct archival research. Relocating materials to facilities elsewhere in California and across the country would therefore make these collections effectively inaccessible to many students, even if the records technically remain available to the public.

12. It is clear to me that the closure would not just make research less convenient. For many CSU students and faculty, it would make certain research projects impracticable or impossible, particularly given the limited digitization of the collections and the costs associated with traveling to other facilities.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of October, 2026, in Long Beach, California.