ROB BONTA
Attorney General of California
LARA HADDAD
R. MATTHEW WISE
Supervising Deputy Attorneys General
NANDING CHEN (SBN 348808)
JOE MEEKER (SBN 336725)
S. CLINTON WOODS (SBN 246054)
CAROLYN DOWNS (SBN 353455)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6720
Fax: (916) 731-2124
E-mail: Carolyn.Downs@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; BRADFORD WILSON,** in his official capacity as Archivist of the United States,<br><br>Defendants. | Case No. 5:26-cv-11868-NW<br><br>**DECLARATION OF DAVID PRICE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, David Price, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I work for the California State Department of Transportation, also known as Caltrans. My job title is Cultural Studies Office Chief, and I have worked with the department for ten years. Cultural Studies is an office within the Division of Environmental Analysis (DEA),

which administers Caltrans' responsibilities to comply with state and federal environmental laws. This includes administering compliance with the National Environmental Policy Act (NEPA), the California Environmental Quality Act (CEQA), and a host of other federal and state environmental laws and regulations.

3. When any construction project involving Caltrans occurs, we are required by state and federal law to assess the impacts the project may have on the environment. As part of that assessment, Caltrans staff often must conduct intensive research to determine the historic context and evaluate the historic significance of the built environment that may be impacted. That process may require Caltrans staff or their contractors to visit the San Bruno National Archives facility (hereinafter "San Bruno Archives"). This is necessary because they house historical records on certain historic properties and projects that may only exist at that location. Those records may include maps, construction or architectural records, archeological records, photographs, mining records, immigration records, or other artifacts.

4. For instance, the San Bruno Archives house extensive records of Work Progress Administration activities such as Civilian Conservation Corps (CCC) projects that built historically significant structures and buildings in and adjacent to Caltrans right of way. The San Bruno Archives also house extensive records from other federal agencies, including Federal Highway Administration (FHWA), the California and Nevada Divisions of FHWA, the United States Army Corps of Engineers, and the Region IX office of the National Park Service. These records may be invaluable to the development of project-specific historic contexts, regional or thematic historic contexts, and significance evaluations of potential historic properties. Examples include two thematic studies developed by Caltrans using research conducted at the San Bruno Archives: *A Historical Context and Archaeological Research Design for Work Camp Properties in California* (2013) and *A Historical Context and Methodology for Evaluating Agricultural Properties in California* (2023). Because these records are rarely available online, the only place to view those records may be at the San Bruno Archives.

5. Because those records are housed nearby in the Bay Area, the cost to access those records is relatively minimal. However, if the records were in another far-flung locale such as

Kansas City or Denver, the cost to access the records would increase astronomically. Those additional travel and lodging costs would likely prevent us from accessing these records. Caltrans would also not be able to access the records during the period of time when they are being relocated from San Bruno.

6. Depriving Caltrans from using the San Bruno archives has the potential to lower the quality and comprehensiveness of the environmental evaluations that Caltrans is required to make under federal and state law.

7. Other environmental or project engineering offices within Caltrans may also require access to the San Bruno Archive for research purposes, as they house a wide variety of non-digitized documents relating to subjects relevant to project delivery at Caltrans, such as hydrology, flood control, and water quality. Without the San Bruno Archives those other offices may not have access to necessary research materials or engineering records, or would have to pay substantially more in travel and lodging costs to access the required records.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of October, 2026, in Carmichael, California.