ROB BONTA
Attorney General of California
LARA HADDAD
R. MATTHEW WISE
Supervising Deputy Attorneys General
NANDING CHEN (SBN 348808)
JOE MEEKER (SBN 335725)
S. CLINTON WOODS (SBN 246054)
CAROLYN DOWNS (SBN 353455)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6720
Fax: (916) 731-2124
E-mail: Carolyn.Downs@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; BRADFORD WILSON,** in his official capacity as Archivist of the United States,<br><br>Defendants. | Case No. 5:26-cv-11868-NW<br><br>**DECLARATION OF PROVOST AMY SUEYOSHI IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Amy Sueyoshi, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the Provost and Vice President of Academic Affairs at San Francisco State University (SFSU), where I have taught since 2002. From 2002 to 2022 I have taught survey courses on U.S. History at SFSU as well as interdisciplinary courses in ethnic studies and

sexuality studies. Since I became Provost, I have served as the chief academic officer at SFSU, which has 18,000 undergraduate students, 2,000 graduate students, 660 tenured/tenure track faculty, 700 lecturer faculty, and eighteen hundred non-instructional staff members including academic student employees. I have also held a number of leadership positions in professional history organizations, historical societies, archives, and museums.

3. I am a historian by training specializing in the twentieth century, immigration, and sexuality, and in that role, one of my priorities is to visit archives—such as the San Bruno National Archives ("San Bruno Archives")—to find primary sources as part of my research. I have written three books on the history of Asian American gender and sexuality, two of which relied largely on materials that were only available to view in person at the San Bruno Archives. I have also written numerous academic papers that required the use of the San Bruno Archives. At the beginning of any research project, I routinely visit the San Bruno Archives to access the materials there for weeks at a time. For example, I have scoured the undigitized papers in Record Group 85 - Records of the Immigration and Naturalization Service to write papers on Angel Island Immigration Detention Center and dug deeper into cases of denied entry due to issues around an individual's "morality." Much of my research has required searching for a "needle in a haystack," which has led me to scour the Alien Files in search of Asian individuals processed for deportation or denied naturalization because of an alleged sex act. One such individual is Mun Duck Chun who I found fortuitously after a week of combing through the Alien Files and now plays a prominent role in my third book, which will be released in January 2027 with University of Washington Press. These "needles" cannot be left for an archivist to do the search due to the labor-intensive nature of going file by file, page by page, and line by line for tidbits on "immoral" behavior. Moreover these "needles" critically shape and provide substance for my publications which then inform the countless public engagements on Asian American history at which community organizations ask me to speak. Most recently in October 2026, I gave a keynote on "picture brides" for the Nikkei Pilgrimage to Angel Island.

4. The closure of the San Bruno Archives would be devastating to faculty and students at SFSU and other academic and cultural institutions throughout the state. The San

Bruno Archives is an extensive collection of culturally important collections of archival materials, particularly for members of the Asian American, Pacific Islander, Native American, and other immigrant and minority communities. The vast majority of records housed at the San Bruno Archives are not digitized, and thus accessing these records requires an in-person visit. Countless historians across the state of California see it as an indispensable resource for in-person visits particularly at the beginning of their projects when they are doing broad research through the archival materials. Two close historian friends Keith Camacho at UCLA and Allison Varzally at Cal State Fullerton have accessed the archive in their numerous publications. I also first met one of my mentors Paul Spickard, Distinguished Professor at UC Santa Barbara, in the reading room of the San Bruno archive during one of my first research working on my thesis. For the more than 20,000 faculty in CSU system in particular who have little to no research funds and shoulder heavy teaching loads during the school year, the San Bruno Archives enables them to conduct research in short bursts with less cost.

5. As an administrator, faculty across campus have informed me of their innovative teaching, sending students to the San Bruno archive to engage with physical primary sources. The most effective faculty in fact regularly create assignments in which students must go “into the field” to engage in research. This becomes particularly transformative in how students see history which typically find “boring” coming out of high school. SFSU is just a few BART stops away from San Bruno, which makes it very convenient to visit. SFSU sociologist Grace Yoo before becoming dean two years ago had regularly assigned work that required students to access the San Bruno Archives. SFSU faculty member and filmmaker Valerie Soe has also sent students to do research on her films on Chinese immigration. I imagine that in the twenty years I have been at SFSU there have been hundreds of students who have had an existential shift at the archive and where they came to see themselves and their communities as part of American history. With the recent inclusion of BART in the all-you-can-ride Gator Pass, the San Bruno Archives has become even more accessible for SFSU students at no additional cost.

6. If the San Bruno Archives were to close, that resource would effectively cease to exist for SFSU faculty and students. For those researchers who must access the records that are

housed at the San Bruno Archives in order to perform their research, the cost to access those materials in Kansas City or Denver or another state would be prohibitive. Students would certainly no longer be able access the archival material, and crucial discovery research that can only be done in person would no longer be financially viable for CSU faculty who have no research funds, limited time to do research, and receive modest salaries compared to UC and community college faculty. Closing the facility would undoubtedly prevent researchers and students from pursuing countless important areas of inquiry.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of October, 2026, in Oakland, California.

