ROB BONTA
Attorney General of California
LARA HADDAD
R. MATTHEW WISE
Supervising Deputy Attorneys General
NANDING CHEN (SBN 348808)
JOE MEEKER (SBN 335725)
S. CLINTON WOODS (SBN 246054)
CAROLYN DOWNS (SBN 353455)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6720
Fax: (916) 731-2124
E-mail: Carolyn.Downs@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STATE OF CALIFORNIA,**

Plaintiff,

**v.**

**UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; BRADFORD WILSON,** in his official capacity as Archivist of the United States,

Defendants.

Case No. 5:26-cv-11868-NW

**DECLARATION OF ALICE YANG IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Alice Yang, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am a Professor at the University of California, Santa Cruz, and have taught at the University since 1993. I currently teach at the Department of History and Critical Race and Ethnic Studies and serve as the Co-Director of the Center for the Study of Pacific War Memories.

I also served as the Chair of the Department of History from 2022 to 2025 and the Provost of the Adlai E. Stevenson College at the University from 2010 to 2020.

3. My research takes an interdisciplinary and transnational approach to issues like patriotism, redress, and civil and human rights, with a particular focus on Asian American Pacific Islander History, historical memory, and Asian American immigration. I have published extensively on the incarceration of Japanese Americans during World War II and have received multiple grants supporting that research, including grants from the National Endowment for the Humanities. I also have taught various courses on Asian American history, World War II memories, and comparative histories of redress and reparations.

4. I received my Ph.D. in History from Stanford University in 1994. I also hold a Master of Arts in Teaching in Social Studies from the Department of Education at Brown University. I completed my B.A. in English and American Literature at Brown University in 1986.

5. The San Bruno National Archives are home to numerous documents that are important to my research and teaching and the training of students in my departments.

6. For example, the San Bruno Archives house a unique collection of immigration records for Asian immigrants who came through Angel Island and were detained there during the period of exclusion, between the passage of the Chinese Exclusion Act of 1882 and 1943. It also holds records that are indispensable to my ongoing research on the experience of Japanese Americans who were classified as “enemy aliens” during World War II. These documents not only inform scholars about the wartime experiences of Japanese Americans but also help descendants, who rely on records like those in San Bruno to learn about their family’s history and educate the public. I am currently writing a book and designing a historical exhibition on this topic, which would not be possible without access to records in the San Bruno Archives.

7. I also have relied on the federal court records in the San Bruno Archives for my ongoing research on the renunciation of citizenship by Japanese Americans incarcerated during the war.

8. Records in the San Bruno Archives are very important to my students. In the past, I have taken students to the Archives in connection with coursework relating to the Pacific War and Asian immigration. In addition to numerous records concerning Asian Americans on the West Coast, the San Bruno Archives also contain records relating to Hawaii, Pearl Harbor, and the Coast Guard. They are invaluable to my students who are studying various aspects of the Pacific War, military history, and immigration history.

9. Having access to the records in the San Bruno Archives not only informs my students' understanding of historical events; it is also critical to the development of their archival research skills, which are essential for any aspiring historians. There is no substitute for being in the Archives and learning to use the system there. In addition, the archival staff in San Bruno have a wealth of institutional knowledge about the records acquired through decades of training and service. They have been incredibly helpful to me and my students by providing important insights into the documents and suggesting other relevant secondary and primary sources. This advice has included suggesting other scholarship that students should review and archival sources available at San Bruno and other NARA locations.

10. The closure of the San Bruno Archives will harm my research and teaching. As mentioned, my research is not possible without the materials currently housed in San Bruno, and I make extensive use of them in my teaching. With the continuous funding cuts to the University of California system, it would be very difficult for me or my students to travel for the records, even just to Riverside let alone out of state.

11. Having access to the physical records currently in San Bruno is especially important because many of them are too fragile to be digitized. Many 19th century documents cannot be digitized without risking permanent damage caused by crumbling and disintegration. These include irreplaceable family biographical accounts, photographs, and hand-drawn maps. It would be especially difficult to properly digitize pre-1924 Japanese immigration records vital to my research because of their age.

12. In addition, valuable contextual information concerning the records, such as how the records have been organized and the physical state they are in, can get lost in the process of

digitization. And the archivists' experience and knowledge are particularly important in helping researchers understand such information. Closing the San Bruno Archives and transferring the records to multiple different locations will also likely lead to the loss of the archival staff's knowledge built over the decades they have spent with those records.

13. My work has already been affected by the anticipated closure of the San Bruno Archives, as appointment slots are now booked out months in advance. As a result, I was not able to take my students to the Archives this quarter as planned.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this nineth day of October, 2026, in Santa Cruz, California.