IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; BRADFORD WILSON, in his official capacity as Archivist of the United States,**<br><br>Defendants. | Case No. 5:26-cv-11868-NW<br><br>**[PROPOSED] ORDER** |

Plaintiff State of California has established that it is likely to succeed on its claim that the decision of Defendants United States National Archives and Records Administration and Bradford Wilson, in his official capacity as Archivist of the United States ("Defendants"), to close the National Archives at San Francisco and transfer records housed there is arbitrary and capricious under the Administrative Procedure Act. Plaintiff has also demonstrated that it will suffer irreparable harm in the absence of interim relief and that the balance of the harms and the

public interest weigh in favor of such relief. Accordingly, Plaintiff is entitled to a preliminary injunction and/or an order staying the closure of the National Archives at San Francisco and the transfer of records therefrom.

For these reasons, it is hereby ORDERED that Defendants shall cease and desist from:

1. Taking any action to consummate the closure of the National Archives at San Francisco;
2. Transferring records out of the National Archives at San Francisco to other National Archives facilities.

This Order shall remain in effect until further order of this Court.

Dated:

____________________________________

The Honorable Nöel Wise
U.S. District Judge