CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*,<br><br>Defendants. | CASE No. 5:26-cv-11868-NW<br><br>**PARTIES' STIPULATION REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Noel Wise |

Plaintiff State of California and Defendants U.S. National Archives and Records Administration and Bradford Wilson (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed motion for preliminary injunction on November 12, 2026 (ECF No. 12, the "Motion"), seeking an order enjoining Defendants from transferring National Archives records at a facility in San Bruno, California and from taking action to close the facility until the resolution of this litigation; and

WHEREAS, the Court is currently scheduled to hear Plaintiff's Motion on February 17, 2026, at 9:00 a.m., pending the Court's earlier availability; and

WHEREAS, Defendants' response to the Motion is currently due by November 27, 2026, according to Civil Local Rule 7-3(a); and

WHEREAS, Defendants require additional time to adequately prepare a response to Plaintiff's Motion; and

WHEREAS, the Parties agree to a 13-day extension for Defendants to respond to the Motion and a 7-day extension for Plaintiff to submit any reply in support of the Motion; and

NOW THEREFORE, the Parties hereby STIPULATE, pursuant to Civil Local Rule 6-1 and approval of the Court, that the time within which Defendants shall respond to the Motion is extended to December 9, 2026, and the time within which Plaintiff may file any reply in support of the Motion is extended to December 23, 2026.

Date: November 16, 2026

Respectfully submitted,[1]

CRAIG MISSAKIAN
United States Attorney

By: __/s/ Nag Young Chu_____________
NAG YOUNG CHU
Assistant United States Attorney

*Attorneys for Defendants*

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

Date: November 16, 2026

ROB BONTA
Attorney General of California

*/s/ Carolyn Downs*
CAROLYN DOWNS
Deputy Attorney General
State of California

*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Defendants shall file to the motion for preliminary injunction on or before December 9, 2026, and Plaintiff shall file any reply in support of the motion for preliminary injunction on or before December 23, 2026.

Date: November 20, 2026

HONORABLE NOEL WISE
United States District Judge